IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
JUN 22 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

VIVIAN ANNE SNYDER,

Petitioner,

v.   Civil Action No. 3:16CV567

VIRGINIA DEPARTMENT OF CORRECTIONS,

Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on July 25, 2016, the Court conditionally filed Petitioner's 28 U.S.C. § 2254 Petition. At that time, the Court warned Petitioner that she must keep the Court informed as to her current address. On May 30, 2017, the United States Postal Service returned the Memorandum Order and the Report and Recommendation entered on May 15, 2017 to the Court marked, "RETURN TO SENDER," because Petitioner apparently relocated. Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Court will DENY a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
United States District Judge

Date: JUN 2 2 2017
Richmond, Virginia